```
                                        FILED
                                   CLERK, U.S. DISTRICT COURT

                                        MAR 28 2017

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY                   DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 11-0050-RGK-22 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | [Fed. R. Cim. P. 32.1(a)(6); |
| ISMAEL CHAVARRIA, | ) | 18 U.S.C. § 3143(a)] |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A.    (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offenses including failure to report for testing; substance abuse issues including methamphetamine_

    and/or

1 | B.   ( ) The defendant has not met his/her burden of establishing by clear and
2 | convincing evidence that he/she is not likely to pose a danger to the safety of any
3 | other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4 | finding is based on: _____
5 | _____
6 | _____
7 | _____

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 28, 2017

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge